IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR4 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO R. AZPEITIA, | ) | ORDER |
| a/k/a Markei Pena, a/k/a | ) | |
| Antonio Ramirez, a/k/a | ) | |
| Rufusio Virguen, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for expansion of time to file response brief to defendant's objection to the magistrate judge's report and recommendation (Filing No. 29). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 15, 2009, to file its response to defendant's objection to the report and recommendation of the magistrate judge.

DATED this 14th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court