IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:09CR4
                               )
      v.                       )
                               )
ANTONIO R. AZPEITIA,           )      ORDER
a/k/a Markei Pena, a/k/a       )
Antonio Ramirez, a/k/a         )
Rufusio Virguen,               )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue plea (Filing No. 41). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, July 31, 2009, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to finalize plea negotiations in this case and a related case (8:09CR192), and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 9, 2009, and July 31, 2009, shall be deemed excludable time in any computation of

time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court